# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00223-TWT
## USA v. Dobbins
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/16/2020.

| | |
|---|---|
| TIME COURT COMMENCED: 9:34 A.M. | |
| TIME COURT CONCLUDED: 12:49 P.M. | COURT REPORTER: Diane Peede |
| TIME IN COURT: 1:30 | USPO: Candice Logan |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Charlotte Diggs |

| | |
|---|---|
| DEFENDANT(S): | [1]Christopher Dobbins Present at proceedings |
| ATTORNEY(S) PRESENT: | Samir Kaushal representing USA |
| | Margaret Strickler representing Christopher Dobbins |
| | Chelsea Thomas representing Christopher Dobbins |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Counsel and Defendant Christopher Dobbins appeared over videoconference for sentencing. The Court adopted the facts of the Presentence Report to which no objections had been made as the findings of the Court. The Court advised Mr. Dobbins of his right to proceed in person and confirmed that Mr. Dobbins waived a personal appearance and agreed to proceed over video after discussing the matter with Ms. Strickler. The Court found that it was in the public's interest to conduct sentencing over video due to the ongoing health risks from coronavirus. The Court heard argument from Mr. Kaushal and Ms. Strickler regarding Defendant's objection to the sophisticated means guideline issue and OVERRULED the objection for the reasons stated. After hearing argument from Mr. Kaushal regarding the Government's position of trust guideline objection, the Court adjourned to hear another matter. Parties excused until 11 a.m. and given new connection information to be distributed by counsel and entered on the docket by the courtroom deputy. Sentencing hearing resumed, and the Court heard from Ms. Strickler regarding the Goverment's guideline objection. The Court SUSTAINED the Government's objection for the reasons stated. There were no objections to the Court's sentencing guideline calculations. Ms. Strickler moved for a |

downward variance of home confinement. Mr. Kaushal responded recommending a custodial sentence, and notified the Court that a victim representative wished to speak. Victim Representative P.W. was sworn and addressed the Court. After being advised of his right of allocution, Mr. Dobbins addressed the Court. The defendant's wife and mother-in-law spoke on behalf of Mr. Dobbins. The Court GRANTED IN PART AND DENIED IN PART the downward variance for the reasons stated, and imposed sentence: CBOP 12 MONTHS AND 1 DAY on Count 1; SA $100; 3 YEARS SR. Restitution in the amount of $221,200. Fine & cost of incarceration waived. There were no objections to the sentence. The Court notified Mr. Dobbins of his right to appeal the sentence within 14 days of judgment being entered in his case. The Court continued the defendant's current conditions of bond until the defendant's report date.

HEARING STATUS:   Hearing Concluded